# Third District Court of Appeal
## State of Florida

Opinion filed October 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1798
Lower Tribunal No. F81-1390A
_____


**Calvin Butts,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Calvin Butts, in proper person.

Ashley Moody, Attorney General, for appellee.


Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.